No. 81, Misc. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. Third petition for rehearing denied.

MARCH 13, 1950.*

*Per Curiam Decisions.*

No. 213. UNITED STATES EX REL. LEE WO SHING *v.* SHAUGHNESSY, ACTING DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Wong Yang Sung* v. *McGrath, ante,* p. 33. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Abraham Lebenkoff* and *Harry J. Stein* for petitioner. *Solicitor General Perlman* filed a memorandum for respondent.

No. 531. CARPET, LINOLEUM & RESILIENT FLOOR DECORATORS' UNION, LOCAL No. 596, A. F. OF L., ET AL. *v.* DAYTON COMPANY. Appeal from the Supreme Court of Minnesota. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. *William D. Gunn* and *David J. Erickson* for appellants. *Frank J. Morley* and *A. Lyman Beardsley* for appellee.